THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS J. FOWLER, Appellant.

(Argued March 20, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Supreme Court, rendered March 2, 1915, at a Trial Term for the county of Suffolk, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles B. Partridge* for appellant.

*Ralph C. Greene, District Attorney* (*Le Roy M. Young* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.